```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
_____
                              )
CARLOS NIN,                   )
                              )
         Petitioner,          )
                              )    C.A. No. 05-11042-NG
v.                            )
                              )
MICHAEL CHERTOFF, et al.,     )
                              )
         Respondents.         )
_____)
```

### RESPONDENTS'(ASSENTED-TO) MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PETITION

Now comes the above-captioned Respondents,[1] and hereby move this Court for an extension of time **up to and including September 15, 2005**, to answer or otherwise respond to Petitioner's Petition. As reasons therefore, the undersigned counsel for Respondents asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain relevant facts and background information of this matter from the relevant agency (Department of Homeland Security).

WHEREFORE, Respondents respectfully request that this Court allows its motion for an extension of time **up to and including**

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Respondents are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Respondents intend to raise those defenses when it answers or otherwise responds to the Petition.

**September 15, 2005**, to answer or otherwise respond to the Petition.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                            /s/ Michael P. Sady
                  By:  Michael P. Sady
                      Assistant U.S. Attorney
                      John Joseph Moakley U.S. Courthouse
                      Suite 9200
                      Boston, MA 02210
                      (617) 748-3100

Dated: July 15, 2005

### CERTIFICATE OF SERVICE

I certify that on July 15, 2005, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Petitioner's counsel of record Desmond P. Fitzgerald, Fitzgerald & Company, LLC, 18 Tremont Street, Suite 210, Boston, MA 02111.

                                            /s/ Michael P. Sady
                                            Michael P. Sady
                                            Assistant United States Attorney

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned counsel certifies that on July 15, 2005, he contacted Petitioner's counsel and informed him of the relief requested by this motion.

                                            /s/ Michael P. Sady
                                            Michael P. Sady
                                            Assistant U.S. Attorney