UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
CARLOS NIN,                   )
                              )
          Petitioner,         )
                              )    C.A. No. 05-11042-NG
v.                            )
                              )
MICHAEL CHERTOFF, et al.,     )
                              )
          Respondents.        )
_____)

**RESPONDENTS'(ASSENTED-TO) MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO PETITION**

Now comes the above-captioned Respondents,[1] and hereby move
this Court for an extension of time **up to and including
October 3, 2005**, to answer or otherwise respond to Petitioner's
Petition.  As reasons therefore, the undersigned counsel for
Respondents asserts that such an extension will allow the
Assistant U.S. Attorney the additional time to obtain relevant
facts and background information of this matter from the relevant
agency (Department of Homeland Security).

WHEREFORE, Respondents respectfully request that this Court
allows its motion for an extension of time **up to and including
October 3, 2005**, to answer or otherwise respond to the Petition.

_____

[1]     This motion is not intended to be a responsive
pleading.  By the filing of this motion, Respondents are not
waiving any of the procedural, affirmative, or other waivable and
non-waivable defenses available to it in the normal course of
filing a responsive pleading.  Respondents intend to raise those
defenses when it answers or otherwise responds to the Petition.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

<u>/s/ Michael P. Sady</u>
By:  Michael P. Sady
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     Suite 9200
     Boston, MA 02210
     (617) 748-3100


Dated: September 15, 2005

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on September 15, 2005, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Petitioner's counsel of record Desmond P. Fitzgerald, Fitzgerald & Company, LLC, 18 Tremont Street, Suite 210, Boston, MA 02111.


<u>/s/ Michael P. Sady</u>
Michael P. Sady
Assistant United States Attorney


<u>**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**</u>

Pursuant to Local Rule 7.1, the undersigned counsel certifies that on September 15, 2005, he contacted Petitioner's counsel and informed him of the relief requested by this motion.


<u>/s/ Michael P. Sady</u>
Michael P. Sady
Assistant U.S. Attorney