```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
_____
                              )
CARLOS NIN,                   )
                              )
          Petitioner,         )
                              )    C.A. No. 05-11042-NG
v.                            )
                              )
MICHAEL CHERTOFF, et al.,     )
                              )
          Respondents.        )
_____)
```

**RESPONDENTS' MOTION TO EXTEND TIME<br>IN WHICH TO RESPOND TO PETITION**

Now comes the above-captioned Respondents,[1] and hereby move this Court for an extension of time **up to and including October 14, 2005**, to answer or otherwise respond to Petitioner's Petition. As reasons therefor, the undersigned counsel for Respondents asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain relevant facts and background information of this matter from the relevant agency (Department of Homeland Security).

WHEREFORE, Respondents respectfully request that this Court allows its motion for an extension of time **up to and including**

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Respondents are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Respondents intend to raise those defenses when it answers or otherwise responds to the Petition.

**October 14, 2005**, to answer or otherwise respond to the Petition.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Michael P. Sady
           By: Michael P. Sady
                Assistant U.S. Attorney
                John Joseph Moakley U.S. Courthouse
                Suite 9200
                Boston, MA 02210
                (617) 748-3100

Dated: September 30, 2005

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2005, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Petitioner's counsel of record Desmond P. Fitzgerald, Fitzgerald & Company, LLC, 18 Tremont Street, Suite 210, Boston, MA 02111.

                              /s/ Michael P. Sady
                              Michael P. Sady
                              Assistant United States Attorney

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, the undersigned counsel certifies that on September 30, 2005, he contacted Petitioner's counsel and informed him of the relief requested by this motion.

                              /s/ Michael P. Sady
                              Michael P. Sady
                              Assistant U.S. Attorney