THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS NIN,<br>　　　　Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the<br>Department of Homeland Security; EDUARDO<br>AGUIRRE, Director of the U.S. Citizenship &<br>Immigration Services; DENNIS RIORDAN, as<br>District Director of the U.S. Citizenship &<br>Immigration Services for Boston District Office,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION FILE NO<br><br>   1:05-cv-11042 |

### STIPULATION OF DISMISSAL

NOW comes the plaintiff in the above-captioned matter and hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss all counts with prejudice, as they relate to the above-named defendants.

Respectfully submitted,

_____
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881